United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 9, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No.  06-60166

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NASIR ABDUL-ALI also known as, Donald Ray Reed,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Mississippi
(USDC No. 4:05-CR-45)

_____

Before REAVLEY, DEMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Nasir Abdul-Ali appeals the district court's denial of his motion to suppress evidence

discovered pursuant to a search warrant.  We affirm.

The parties and the district court, under our decision in *United States v. Pigrum*, 922

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

1

F.2d 249, 252 (5th Cir. 1991), focus on whether the officers relied in good faith upon the search warrant, rather than addressing whether probable cause supported the warrant. This is a unique situation in which the easier question is whether probable cause supported the warrant; we hold that it did. Officer Jones, the search warrant affiant, followed Abdul-Ali from the house at 100 February Street, witnessed the controlled sale, and followed Abdul-Ali back to the general location of the house. These facts supply probable cause to believe that Abdul-Ali stashed drugs in the house.

AFFIRMED.